RECEIVED
CHARLOTTE, N.C.
AUG 11 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
STATESVILLE, N.C.
AUG 17 2005
U.S. DISTRICT COURT
W. DIST. OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRO INTERNATIONAL, INC., MURRAY FEISS IMPORT CORP. and ROYCE LIGHTING<br><br>Defendants. | CIVIL ACTION NO. 5:04CV74-C |

## ORDER PLACING DOCKET #38 UNDER SEAL

Upon Motion of Plaintiffs and for good cause shown, the Court hereby ORDERS that Defendant Chevro International, Inc.'s Response to Plaintiffs' Motion for Summary Judgment (Docket #38) be placed **UNDER SEAL** pursuant to the Protective Order. No copies of Docket #38 shall be made available to the public either by the Clerk of Court or through the PACER electronic database.

So ORDERED, this the 12th day of August, 2005.

Carl Horn, III
United States Magistrate Judge

DOCUMENT SCANNED