IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| LOWE'S COMPANIES, INC. and <br> LOWE'S HOME CENTERS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRO INTERNATIONAL, INC., <br> MURRAY FEISS IMPORT CORP. and <br> ROYCE LIGHTING <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 5:04CV74 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

It appearing that the dispute between the parties has been resolved, and that Plaintiffs and Defendants Murray Feiss Import Corp. and Royce Lighting have dismissed all claims against each other with prejudice, and likewise that Defendants Murray Feiss Import Corp. and Royce Lighting and Defendant Chevro International, Inc. have dismissed all claims against each other with prejudice, and further that Defendant Chevro International, Inc. has dismissed all claims against Plaintiffs with prejudice, this case is ready for final disposition and closure. IT IS THEREFORE ORDERED that any remaining claims between the parties are dismissed as moot and this case is closed. The Clerk of Court is instructed to close the case upon entry of this Order.

Signed: July 21, 2006

Frank D. Whitney
United States District Judge